# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DAVID LAVEL GERVIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1242

[July 30, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Hon. Michael Carlton Heisey, Judge; L.T. Case No. 562024CF000618AXXXXX.

Daniel Eisinger, Public Defender, and Virginia Murphy, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, and Deborah Koenig, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***